THE LONG BEACH TRUST COMPANY, Appellant, v. IRVING G. WARSHAW, Respondent.*— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion for judgment on the pleadings granted, with ten dollars costs. On the facts disclosed in this case, the counterclaim interposed by the defendant is barred by the failure of the defendant to file his claim thereon with the Superintendent of Banks as required by the Banking Law (§§ 72–76). Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

MARNALL STEEL PRODUCTS, INC., Appellant, v. DE PAUL CONSTRUCTION CO., INC., Respondent, and MORANIA OIL CO., INC., Defendant.— Order denying motion to strike out the defense contained in paragraph 3 of the answer of defendant De Paul Construction Co., Inc., affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

PERCY R. MARVIN, Respondent, v. NASSAU CEMETERY ASSOCIATION, Appellant, and R. BURCHARD HULTS, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

OLGA MILACEK, Respondent, v. SOPHIA MAYER and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

MONROE MILLER & Co., INC., Respondent, v. JAMES BUTLER, Defendant, and JAMES BUTLER GROCERY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CARL H. PEARSON, Appellant, v. MARY WILLIAMS, Individually and as Executrix, etc., of AUGUST WILLIAMS, Deceased, Respondent.†— Plaintiff's exceptions overruled and judgment unanimously affirmed, with costs. The finding that the plaintiff actually credited the disputed checks on an earlier indebtedness is not inconsistent with the finding that the checks were delivered to and received by the plaintiff for the purpose of being credited on the East Thirty-fifth street jobs and the account sued for in this action. The plaintiff may not profit by an unauthorized application of the checks on an earlier account. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATIONAL MERGER GOLD MINES COMPANY and Another, Defendants, and JACOB KOLMES, Appellant.— Order denying motion of defendant Kolmes to dismiss the complaint as against him for insufficiency affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIBERATO SICA, Appellant, v. ANNA VALOROSA ADDEO and ANTHONY ADDEO, Respondents.— Order reversed on the law and the facts, with ten dollars costs and disbursements, writ of habeas corpus sustained and custody of the children awarded to the relator, with ten dollars costs, upon authority of *People ex rel. Reid* v. *Cavanagh* (236 App. Div. 737) and *People ex rel. Boulware* v. *Martens* (232 id. 258; affd., 258 N. Y. 534). Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.